# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AGALEAN CLEMONS** | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO. 09-0387-CG-N |
| **WARDEN CYNTHIA S. WHEELER-WHITE and TROY KING,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the action is **DISMISSED** without prejudice.  No costs are taxed.

**DONE and ORDERED** this 25th day of September, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE